IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GWENDOLYN DENISE COMBS, )
)
Plaintiff, )
)
v. ) CV 118-022
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security )
Administration, )
)
Defendant. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 22). The objections reiterate the arguments from Plaintiff's briefing regarding her contention the administrative law judge failed to properly incorporate the use of a cane, as well as Dr. Janit's opinions about Plaintiff's mental limitations, into the residual functional capacity. However, she fails to provide any new information to change the Magistrate Judge's analysis that properly rejected those arguments. (See doc. no. 20, pp. 8-12, 15-18.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this 26th day of April, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA